# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:09cv24

| | | |
|---|---|---|
| **JOHN BENI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | **OF STAY** |
| **YAMAHA MOTOR CORPORATION,** | ) | |
| U.S.A., a California corporation; | ) | |
| **YAMAHA MOTOR MANUFACTURING** | ) | |
| **CORPORATION OF AMERICA,** a Georgia | ) | |
| corporation; and **YAMAHA MOTOR** | ) | |
| **CORPORATION, LTD.,** a foreign | ) | |
| corporation, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendants' Amended Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer. Having considered defendants' motion and reviewed the pleadings, and it appearing that defendants have reflected consultation with opposing counsel as required by the Local Civil Rules, L.Cv.R. 7.1(B), and that good cause has been shown for the proposed relief, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Amended Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer (#15) is **GRANTED** and this action is **STAYED** pending an Order from the MDL panel transferring this action to the United States District Court, Western District of Kentucky.

Signed: April 27, 2009

Dennis L. Howell
United States Magistrate Judge